IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUGENE HEWLETT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ASHLEY FURNITURE | : | NO. 12-4293 |

## O R D E R

AND NOW, this 3rd day of August, 2012, upon consideration of plaintiff's motion to proceed in forma pauperis and his pro se Complaint, IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED.

2. Plaintiff's Complaint is DISMISSED for lack of subject matter jurisdiction.

3. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

_____
JAN E. DUBOIS, J.